## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BENCHMARK TRADING, LTD., ET AL. | : | CIVIL ACTION No. 3:20-CV1078(VAB) |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| NED LAMONT | : | |
| Defendant | : | JULY 1, 2021 |

### FIRST MOTION FOR EXTENSION OF HEARING ON DEFENDANT'S MOTION TO DISMISS AND PLAINTIFFS' OPPOSITION THERETO

Pursuant to Rule 7(b) of the Local Rules of Civil Procedure and Rule 7 of the Federal Rules of Civil Procedure, the Plaintiffs Beers Apartments, LLC, Birdseye Development Company, Bridgeport Commons, LLC, Doral Apartments, LLC, Levy Park Avenue Apartments, Limited Partnership dba Executive House Apartments, Granfield Apartments, LLC, JJAMS Apartments, LLC, North Park Apartments, LLC, Presidential Apartments, Rose Garden Apartments, LLC, Stephen Terrace Apartments, LLC, and Wayne Street Apartments, LLC respectfully move for an extension of the hearing date scheduled for the Motion to Dismiss in this matter, which is presently scheduled for July 29, 2021, for the reasons set forth below:

     1.     The Defendant filed his Motion to Dismiss on October 7, 2020.

     2.     The Plaintiffs filed their Memorandum in Opposition on December 3, 2020.

     3.     The Court scheduled oral argument on the Defendant's Motion and Plaintiffs' Opposition for July 9, 2021 at 10:00 AM.

     4.     The undersigned counsel (Matthew Hausman) will be on vacation out of state that week, and will be travelling that day and unavailable in person or remotely.

5. Pursuant to Local Rule Civ. P. 7(b), the Plaintiffs' counsel on June 30, 2021, discussed with the Defendant's counsel, Assistant Attorney General Maria C. Rodriguez, the need for this continuance for the foregoing reasons, and Counsel has consented to this motion based on the facts set forth above. Counsel for the co-Plaintiff Benchmark Trading, Ltd. consents and joins in this motion.

6. This is the Plaintiffs' first motion for extension of this hearing date.

WHEREFORE, the Plaintiffs respectfully move this Honorable Court for an Order rescheduling the foregoing hearing at the Court's discretion.

                THE PLAINTIFFS

By: _____/S/_____
    Matthew M. Hausman
    The Law Offices of Matthew M. Hausman, LLC
    799 Silver Lane
    Trumbull, CT 06611
    Tel: (203) 375-6200; Fax: (203) 375-5003
    Email: mhausmanlaw@msn.com
    Fed. Bar No. CT08966

    Juda J. Epstein, Fed. Bar No. CT08704
    Law Offices of Juda J. Epstein
    3543 Main Street, 2nd Floor
    Bridgeport, CT 06606
    Tel: (203) 37l-7007; Fax: (203) 371-6001
    Email: lawofficesjje@aol.com

**CERTIFICATION**

      I hereby certify that on the 1st day of July 2021, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

      Maria C. Rodriguez
      Assistant Attorney General
      Federal Bar No. ct08946
      165 Capitol Avenue, 4th Floor
      Hartford, CT 06106
      Mariac.rodriguez@ct.gov

      Philip Miller
      Attorney General's Office
      55 Elm St., PO Box 120
      Hartford, CT 06141-0120
      Email: phil.miller@ct.gov

                                     /S/
                                  Matthew M. Hausman