# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BENCHMARK TRADING, LTD., ET AL. | : | CIVIL ACTION No. 3:20-CV1078(VAB) |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| NED LAMONT | : | |
| Defendant | : | NOVEMBER 19, 2021 |

**NOTICE OF VOLUNTARY PARTIAL DISMISSAL OF CLAIMS OF PLAINTIFFS BEERS APARTMENTS, LLC, BIRDSEYE DEVELOPMENT COMPANY, BRIDGEPORT COMMONS, LLC, DORAL APARTMENTS, LLC, LEVY PARK AVENUE APARTMENTS, LIMITED PARTNERSHIP DBA, GRANFIELD APARTMENTS, LLC, JJAMS APARTMENTS, LLC, NORTH PARK APARTMENTS, LLC, PRESIDENTIAL APARTMENTS, ROSE GARDEN APARTMENTS, LLC, STEPHEN TERRACE APARTMENTS, LLC, AND WAYNE STREET APARTMENTS, LLC**

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, the plaintiffs Beers Apartments, LLC, Birdseye Development Company, Bridgeport Commons, LLC, Doral Apartments, LLC, Levy Park Avenue Apartments, Limited Partnership dba Executive House Apartments, Granfield Apartments, LLC, JJAMS Apartments, LLC, North Park Apartments, LLC, Presidential Apartments, Rose Garden Apartments, LLC, Stephen Terrace Apartments, LLC, and Wayne Street Apartments, LLC, hereby voluntarily dismiss their claims in this action.

This dismissal does not pertain to and is not filed on behalf of the first-named co-plaintiff, Benchmark Trading, Ltd, whose claims remain pending in this case.

In support of this filing, these Plaintiffs state the following:

1. Voluntary dismissal of their claims without a court order is appropriate in that the defendant has not served an answer or motion for summary judgment.

1

2. Counsel for the defendant has stipulated to the dismissal of these Plaintiffs' claims and that such will be without fees or costs.

3. All Counsel understand that this voluntary dismissal pertains only to the above-named plaintiffs and their claims and does not effectuate dismissal of the claims of Benchmark Trading, Ltd., which remains a plaintiff in this action.

WHEREFORE, these Plaintiffs give notice that they are voluntarily dismissing their claims in this action.

FOR THE PLAINTIFFS
BEERS APARTMENTS, LLC, BIRDSEYE DEVELOPMENT COMPANY, BRIDGEPORT COMMONS, LLC, DORAL APARTMENTS, LLC, LEVY PARK AVENUE APARTMENTS, LIMITED PARTNERSHIP DBA, GRANFIELD APARTMENTS, LLC, JJAMS APARTMENTS, LLC, NORTH PARK APARTMENTS, LLC, PRESIDENTIAL APARTMENTS, ROSE GARDEN APARTMENTS, LLC, STEPHEN TERRACE APARTMENTS, LLC, AND WAYNE STREET APARTMENTS, LLC

By: /s/ *Matthew M. Hausman*

Matthew M. Hausman
The Law Offices of Matthew M. Hausman, LLC
799 Silver Lane
Trumbull, CT 06611
Tel: (203) 375-6200; Fax: (203) 375-5003
Email: mhausmanlaw@msn.com
Fed. Bar No. CT08966

# **CERTIFICATION**

I hereby certify that on the 19th day of November 2021, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

    Maria C. Rodriguez, Esq.
    Assistant Attorney General
    Federal Bar No. ct08946
    165 Capitol Avenue, 4th Floor
    Hartford, CT 06106
    Mariac.rodriguez@ct.gov

    Philip Miller, Esq.
    Attorney General's Office
    55 Elm St., PO Box 120
    Hartford, CT 06141-0120
    Email: phil.miller@ct.gov

    Juda J. Epstein, Esq.
    Law Offices of Juda J. Epstein
    3543 Main Street, 2nd Floor
    Bridgeport, CT 06606
    Tel: (203) 37l-7007; Fax: (203) 371-6001
    Email: lawofficesjje@aol.com

                                              /s/ *Matthew M. Hausman*
                                              Matthew M. Hausman