**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| BENCHMARK TRADING, LTD., ET AL. | : | CIVIL ACTION NO. 3:20-CV-1078(VAB) |
| *Plaintiffs,* | : | |
| | : | |
| v. | : | |
| | : | |
| NED LAMONT | : | |
| *Defendant* | : | DECEMBER 9, 2021 |

## MOTION FOR SECURITY FOR COSTS

Pursuant to Rule 83.3(a) of the Local Rules of Civil Procedure, the defendant, Governor,

Ned Lamont, hereby moves for an order requiring the plaintiff, Benchmark Trading, LTD., to

post a bond as security for costs in the amount of Five Hundred Dollars ($500.00).

Respectfully submitted,

DEFENDANT,

GOVERNOR NED LAMONT

WILLIAM TONG
ATTORNEY GENERAL

BY:  */s/ Maria C. Rodriguez*
Maria C. Rodriguez
Assistant Attorney General
Federal Bar No. ct08946
165 Capitol Avenue, 4th Floor
Hartford, CT  06106
Tel: (860) 808-5050
Fax: (860) 808-5388
Mariac.rodriguez@ct.gov

2

**<u>CERTIFICATION</u>**

I hereby certify that on December 9, 2021, a copy of the foregoing appearance was filed

electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the

Court's electronic filing system.  Parties may access this filing through the Court's system.


                                */s/ Maria C. Rodriguez*
                                Maria C. Rodriguez (ct08946)
                                Assistant Attorney General