UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BENCHMARK TRADING, LTD., ET AL. : | | CIVIL ACTION NO. 3:20-CV-1078(VAB) |
| *Plaintiffs,* : | | |
| : | | |
| v. : | | |
| : | | |
| NED LAMONT : | | |
| *Defendant* : | | JANUARY 18, 2022 |

### MOTION TO DISMISS FOR FAILURE TO OBEY COURT ORDER
### RE: FAILURE TO POST SECURITY FOR COSTS

Pursuant to Local Rule 83.3(a), the Defendant, Governor Lamont, moves for an order dismissing the above-captioned matter based on the Plaintiff's failure to post a bond as security for costs as ordered by the Court on November 3, 2021. The Defendant filed a Motion for Security for Costs on December 9, 2021 (Doc. # 48) requesting that the Plaintiff post a bond in the amount of Five Hundred Dollars ($500.00). The Court granted the motion on December 10, 2021 (Doc. # 50) ordering the Plaintiff to file a bond as security for costs in this action within thirty (30) days from that date.

Despite the passage of that deadline to post bond on January 9, 2022, the Court's website does not reflect that the bond has been posted nor has any documentation been supplied indicating that it has been posted as ordered by the Court. The undersigned sent an email to with Plaintiff's counsel on Friday, January 14, 2022, to inquire about the filing of the security bond and he did not respond.

The Court has the inherent power to dismiss a case pursuant to Local Rule 83.3(a) and Fed. R. Civ. P. 41(b) if the bond has not been posted as ordered. Rule 41(b) states in relevant part that "If the plaintiff fails to prosecute or to comply with these rules <u>or a court order</u>, a defendant

may move to dismiss the action or any claim against it." (Emphasis added.) Fed. R. Civ. P. 41(b). Local Rule 83.3(a) in states in relevant part that, "Noncompliance with an order entered hereunder may be grounds for summary dismissal or default upon application by a party and notice to the non-complying party."  D.Conn. L. Civ. R. 83.3(a).

The Defendants move for dismissal of this action on both grounds.  The Court has entered such dismissals in the past for noncompliance with orders that a security for costs be posted. *See* Order of Dismissal, *Czaja v. State of Connecticut, et al.,* 3:07-CV-1858(JBA) (Doc. # 17, dismissed with prejudice); *see also Martin v. Bailey, et al.*, 3:12CV01384(SRU) (Doc. # 19).

WHEREFORE, the Defendants move pursuant to Local Rule 83.3 and Fed. R. Civ. P. 41(b), for an order dismissing with prejudice the above-captioned matter for failure to post the bond as ordered.

        Respectfully submitted,

        DEFENDANT
        GOVERNOR NED LAMONT

        WILLIAM TONG
        ATTORNEY GENERAL

BY:    */s/ Maria C. Rodriguez*
        Maria C. Rodriguez (ct08946)
        Philip Miller (ct25056)
        Assistant Attorneys General
        Attorney General's Office
        165 Capitol Avenue, 4th Floor
        Hartford, CT  06106
        Tel: (860) 808-5050
        Fax: (860) 808-5388
        Email: Mariac.rodriguez@ct.gov
        Email: Philip.Miller@ct.gov

# **CERTIFICATION**

I hereby certify that on January 18, 2022, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Maria C. Rodriguez*
Maria C. Rodriguez
Assistant Attorney General
