UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BENCHMARK TRADING, LTD., ET AL.   : | CIVIL ACTION NO. 3:20-CV-1078(VAB) |
| *Plaintiffs,*                    : | |
|                                  : | |
| v.                               : | |
|                                  : | |
| NED LAMONT                       : | |
| *Defendant*                      : | JUNE 24, 2022 |

## STATUS REPORT

Pursuant to Judge Victor Bolden's Order issued on June 21, 2021 (Doc. #55) to file a Status Report by June 24, 2022, the defendant, Ned Lamont, submits the following:

**(a) STATUS OF CASE**

- Plaintiffs filed their Complaint (Doc. # 1) on July 29, 2020.

- Plaintiffs filed an Amended Complaint on October 6, 2020 (Doc. # 20).

- Defendant filed a Motion to Dismiss on October 7, 2020 (Doc. # 21).

- Plaintiffs filed Opposition to the Motion to Dismiss on December 3, 2020 (Doc. # 28).

- Defendant filed its Reply to Plaintiff's Opposition on December 31, 2020 (Doc. # 31).

- On September 24, 2021, this Court denied the Motion to Dismiss without prejudice to renewal based on changes to the defendant's Executive Orders (Doc. #42).

- All of the plaintiffs, except Benchmark Trading, LTD, filed a Notice of Voluntary Dismissal (Doc. #'s 44 & 45) and were dismissed by the court on November 22, 2021 (Doc. No. 46).

- In accordance with the Court Order, Doc. #42, Defendant filed a Motion to Dismiss the Amended Complaint on January 14, 2022. (Doc No. 53).

- On December 9, 2021, the defendant filed a Motion for Security for Costs (Doc. # 48).

- o On December 10, 2021, the court granted defendant's motion for costs and ordered the plaintiff to post a bound for security for cost within 30 days of the court's order (Doc. No. 50).
- o Defendant filed a Motion to Dismiss for Failure to Obey Court Order and post security costs on January 18, 2022 (Doc. #54).  As of this date, the plaintiff has not filed a bond for security for costs.
- o All of Governor's Lamont's Executive Orders that are at issue in this case have expired.

**Written Discovery -** Defendant filed a Consent Motion to Stay discovery and the 26(f) Report pending resolution of the defendant's Motion to Dismiss the Amended Complaint (Doc. # 22). The court granted defendant's Motion to Stay until the court ruled on defendant's motion to dismiss.  (Doc. #23)

**Depositions -** Depositions have not been noticed at this time.

**(b) INTEREST IN SETTLEMENT**

The defendant is not interested in settlement at this time.

**(c) TRIAL WITH MAGISTRATE JUDGE**

The defendant does not consent to a trial before a Magistrate Judge.

**(d) ESTIMATED TRIAL LENGTH**

At this time, it is unclear to the Defendant how long a trial in this matter will take.

RESPECTFULLY SUBMITTED,

DEFENDANT
GOVERNOR NED LAMONT

BY:   */s/ Maria C. Rodriguez*
Maria C. Rodriguez (ct08946)
Philip Miller (ct25056)
Assistant Attorneys General
Attorney General's Office
165 Capitol Avenue, 4th Floor
Hartford, CT  06106
Tel: (860) 808-5050
Fax: (860) 808-5388
Email: Mariac.rodriguez@ct.gov
Email: Philip.Miller@ct.gov

## **CERTIFICATION**

I hereby certify that on June 24, 2022, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

   */s/ Maria C. Rodriguez*
   Maria C. Rodriguez
   Assistant Attorney General